UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., <br><br>Plaintiff, <br><br>v. <br><br>JOHN DOES 1-100, et al., <br><br>Defendants. | Case No. 16-cv-00524-JSW <br><br>**ORDER PROVIDING OPPORTUNITY TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO EXONERATE CASH BOND AND TO DISPOSE OF SEIZED MERCHANDISE** <br><br>Re: Dkt. No. 25 |

The Court has received and reviewed Plaintiff's motion to exonerate cash bond and to dispose of seized merchandise. Within 7 days after the date of this order, Plaintiff is requested to provide a declaration in support of the motion. In particular, the declaration should (a) support Plaintiff's statement that on February 8, 2016, Plaintiff provided notice to the United States Attorney pursuant to 15 U.S.C. § 1118; and (b) provide the Court with a copy of that notice.

**IT IS SO ORDERED.**

Dated: February 29, 2016

JEFFREY S. WHITE
United States District Judge